IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02706-BNB

SHAUN COLLINS,

Applicant,

v.

R. WILEY, Warden,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 7 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

---

Applicant, Shaun Collins, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Prison Camp in Florence, Colorado. He initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). He has paid the $5.00 filing fee.

On January 24, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Collins to show cause within thirty days why the habeas corpus application should not be denied because he has an adequate and effective remedy pursuant to 28 U.S.C. § 2255 (2006) in the United States District Court for the Western District of Wisconsin. On February 20, 2008, Mr. Collins submitted to and filed with the Court a motion to dismiss without prejudice.

The Court must construe liberally the February 20, 2008, motion because Mr. Collins filed the motion on his own behalf. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the

Court will construe the February 20 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Respondent in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion to dismiss without prejudice that Applicant, Shaun Collins, submitted to and filed with the Court *pro se* on February 20, 2008, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that the voluntary dismissal is effective as of February 20, 2008, the date the liberally construed notice of dismissal was filed in this action.

DATED at Denver, Colorado, this 27 day of _Febmary_, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02706-BNB

Shaun Colllins
Reg. No. 06148-090
FPC  – Florence
PO Box 5000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2 2 7 08

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk